UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HISPANIC FEDERATION, ALIANZA NACIONAL DE CAMPESINAS, GREENLATINOS, LABOR COUNCIL FOR LATIN AMERICAN ADVANCEMENT, NATIONAL HISPANIC MEDICAL ASSOCIATION, and SOUTHWEST ENVIRONMENTAL CENTER,<br><br>Plaintiffs,<br><br>-against-<br><br>UNITED STATES DEPARTMENT OF THE AIR FORCE,<br><br>Defendant. | 1:18-cv-12077-MKV<br><br>ORDER<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/6/2020 |

MARY KAY VYSKOCIL, United States District Judge:

Whereas this case has been assigned to me for all purposes, it is hereby,

ORDERED that parties should file a joint letter apprising the Court of the status of document productions in response to the Plaintiffs' FOIA request no later than **March 20, 2020.**

The status letter should not exceed three pages and should be filed on ECF.

**SO ORDERED.**

**Date: March 6, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**