```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HISPANIC FEDERATION, ALIANZA NACIONAL DE CAMPESINAS, GREENLATINOS, LABOR COUNCIL FOR LATIN AMERICAN ADVANCEMENT, NATIONAL HISPANIC MEDICAL ASSOCIATION, and SOUTHWEST ENVIRONMENTAL CENTER,

Plaintiffs,

-against-

UNITED STATES DEPARTMENT OF THE AIR FORCE,

Defendant.

1:18-cv-12077-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court held a status conference in this matter on March 2, 2021. Counsel for all parties were in attendance. In accordance with the matters discussed at the conference, IT IS HEREBY ORDERED:

- All outstanding items outlined in Defendant's letter dated February 23, 2021, shall be produced on or before **March 31, 2021**. The Court grants Plaintiffs leave to make an application to the Court for appropriate sanctions if Defendant fails to comply with the March 31 deadline.

- On or before **June 7, 2021**, the parties shall file a joint letter advising the Court whether an agreement has been reached with respect to attorneys' fees and, if not, what issues need to be resolved.

**FAILURE TO COMPLY WITH THIS ORDER AND THE DEADLINES HEREIN MAY RESULT IN SANCTIONS.**

**SO ORDERED.**

**Date: March 2, 2021**
**New York, NY**

*[Signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**